*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

CHRISTY LOVE COATES,

        Defendant-Appellant.

UNPUBLISHED
February 25, 2025
9:56 AM

No. 369753
Macomb Circuit Court
LC No. 2023-000744-FH

Before: YATES, P.J., and LETICA and N. P. HOOD, JJ.

LETICA, J. (*concurring*).

I agree that defendant is entitled to resentencing because the court failed to follow the process outlined in *People v Mason*, ___ Mich App ___, ___; ___ NW3d ___ (2024) (Docket No. 367687), which we are bound to follow under MCR 7.215(J)(1). However, I would decline to address defendant's contention that the trial court violated her due process rights by considering acquitted conduct when it sentenced her. Defendant waived that issue by failing to include it in her statement of questions presented. *People v Fonville*, 291 Mich App 363, 383; 804 NW2d 878 (2011). See also MCR 7.212(C)(5). Furthermore, even if defendant had not waived the issue, in my view, the trial court's express recognition that it was not sentencing defendant for her acquitted conduct was sufficient to establish that it did not act improperly.

/s/ Anica Letica